# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Holly Heflin, | : |
| | : Civil Action No.: 4:17-cv-00129 |
| Plaintiff, | : |
| v. | : |
| Asset Maximization Group, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Holly Heflin | Asset Maximization Group, Inc. |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | __/s/ Lee H. Staley _____ |
| Jenny DeFrancisco, Esq. | Lee H. Staley, Esq. |
| CT Bar No. 432383 | Eron F. Reid, Esq. |
| LEMBERG LAW, L.L.C. | Winget, Spadafora & Schwartzberg, LLP |
| 43 Danbury Road, 3rd Floor | Two Riverway, Suite 725 |
| Wilton, CT 06897 | Houston, TX 77056 |
| Telephone: (203) 653-2250 | Telephone: (713) 343-9200 |
| Facsimile: (203) 653-3424 | E-mail: staley.L@wssllp.com |
| E-mail: jdefrancisco@lemberglaw.com | E-mail: reid.E@wssllp.com |
| Attorney for Plaintiff | Attorneys for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 12, 2017, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By_/s/ Jenny DeFrancisco_____
                  Jenny DeFrancisco