United States District Court
Southern District of Texas
**ENTERED**
September 22, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Holly Heflin, | : |
| | : Civil Action No.: 4:17-cv-00129 |
| Plaintiff, | : |
| v. | : |
| Asset Maximization Group, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Holly Heflin | Asset Maximization Group, Inc. |
|---|---|
| /s/ Jenny DeFrancisco | /s/ Lee H. Staley |
| Jenny DeFrancisco, Esq. | Lee H. Staley, Esq. |
| CT Bar No. 432383 | Eron F. Reid, Esq. |
| LEMBERG LAW, L.L.C. | Winget, Spadafora & Schwartzberg, LLP |
| 43 Danbury Road, 3rd Floor | Two Riverway, Suite 725 |
| Wilton, CT 06897 | Houston, TX 77056 |
| Telephone: (203) 653-2250 | Telephone: (713) 343-9200 |
| Facsimile: (203) 653-3424 | E-mail: staley.L@wssllp.com |
| E-mail: jdefrancisco@lemberglaw.com | E-mail: reid.E@wssllp.com |
| Attorney for Plaintiff | Attorneys for Defendant |

9/21/17

*[signature]*

SO ORDERED